UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY JAMES COKLEY,

     Plaintiff,

v.                                                    Case No.:  2:23-cv-465-SPC-NPM

DEREK SNIDER *et al.*,

     Defendants.

_____/

## <u>OPINION AND ORDER</u>

Before the Court are Defendants Aaron Rolon, Justin Grant, and Jake Steider's Motion to Dismiss (Doc. 107) and Robert Hollmeyer's Motion to Dismiss (Doc. 119).  The movants argue Plaintiff Anthony James Cokley's Amended Complaint (Doc. 75) is a shotgun pleading and asserts official-capacity claims barred by the Eleventh Amendment.  Grant, Steider, and Hollmeyer also argue the complaint fails to state excessive force claims against them.

The Court will keep this short because the arguments presented in the motions are largely stale and moot.  Four other defendants raised some of the same arguments in a prior motion to dismiss.  The Court dismissed the official-capacity claims against all defendants as barred by the Eleventh Amendment and declined to dismiss Cokley's complaint as a shotgun pleading.  (Doc. 89).

What is more, the other four defendants have moved for summary judgment, and they submitted video footage of the uses of force that prompted Cokley's claims. The allegations in Cokley's complaint are sufficient to state a claim of excessive force against each movant. But at this point, there is no reason to take the allegations in Cokley's amended complaint as true. Based on the footage and other evidence—and as explained in an opinion and order entered herewith—the Court finds that Grant, Steider, and Hollmeyer appear entitled to summary judgment, pending Cokley's right to respond. *See* Fed. R. Civ. P. 56(f).

The Court finds that the amended complaint states a claim for excessive force against Hollmeyer, Steider, Grant and Rolon, and that it gives them notice and a fair opportunity to respond to that claim. But the Court finds them likely entitled to summary judgment, pending Cokley's opportunity to respond. The movants' Eleventh Amendment argument is correct but moot. Accordingly, the motions (Docs. 107 and 119) are **DENIED**. If the Court does not grant summary judgment in favor of Hollmeyer, Steider, and Grant, the Court will order them to respond. Rolon must answer the complaint within **14 days** of this order.

**DONE** and **ORDERED** in Fort Myers, Florida on March 9, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

3